### 7745.  Lee *v.* The State.

Broyles, J.  The defendant was convicted of voluntary manslaughter, and his motion for a new trial contains only the usual general grounds. There was some evidence tending to show an intent by the defendant and the deceased to engage in mutual combat; and, therefore, the verdict was authorized.    *Judgment affirmed.*

Decided October 24, 1916.

Indictment for murder; from Irwin superior court—Judge George.  July 3, 1916.

*Homer Oxford,* for plaintiff in error.

*J. B. Wall,* solicitor-general, *Jesse Grantham,* contra.